UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PEGGY DIANNE HOGAN

CHAPTER 13 PROCEEDING
23-51290 KMS

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

TAKE NOTICE that the above-referenced Debtor has made all plan payments required to complete the confirmed Chapter 13 plan filed in the above-styled and numbered bankruptcy proceeding.

Trustee hereby requests that the Court Clerk hold Debtor's case open until all Trustee disbursement checks issued to creditors have cleared and the Trustee has filed his Final Report and Accounting.

Respectfully submitted on this the 14th day of October, 2026.

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011