**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF:<br>Peggy D Hogan | CHAPTER 13 NO.:<br>23-51290 KMS |

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Dr. Leonards Shop Now | c/o Creditors Bankruptcy Services, P O Box 800849, Dallas TX 75380 | $2.82 |

THAT the amount due to the referenced debtor/creditor is under $5.00 and, therefore, the trustee will not produce and mail a check.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits and files the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: November 18, 2026

Respectfully submitted,

/s/ David Rawlings
David Rawlings
Chapter 13 Standing Trustee
P. O. Box 566
Hattiesburg, MS 39403

CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov, dorrell@bondnbotes.com
trollins@therollinsfirm.com
Dr. Leonards Shop Now c/o Creditors Bankruptcy Services, P O Box 800849, Dallas TX 75380

Dated: November 18, 2026

/s/ David Rawlings
David Rawlings