United States Bankruptcy Court
Southern District of Mississippi

In re:
Peggy Dianne Hogan
Debtor

Case No. 23-51290-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Nov 16, 2026 Form ID: 3180W Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peggy Dianne Hogan, 109 Charles St Apt B, Petal, MS 39465-2820 |
| 5279355 | + | Advance Ameica, 3910 Hardy St, Ste 20, Hattiesburg, MS 39402-1500 |
| 5279359 | + | Cash Cow, 3401 Hardy St, Hattiesburg, MS 39402-1502 |
| 5279361 | + | Community Choice, 100 Eastbrook Drive, Suite 170, Petal, MS 39465-6008 |
| 5279368 | + | Harbor Loans of Petal, 100 Eastbrook Drive Ste 40, Petal, MS 39465-6008 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5279354 | | Email/Text: bankruptcy@1ffc.com | Nov 16 2026 19:15:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5279859 | + | Email/Text: bankruptcy@1ffc.com | Nov 16 2026 19:15:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa Ga 30577-0880 |
| 5304242 | | Email/Text: bncmail@w-legal.com | Nov 16 2026 19:15:00 | Advance Financial Administration, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5279356 | + | Email/Text: bankruptcy@af247.com | Nov 16 2026 19:15:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5287803 | + | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279357 | + | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Amerimark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 5302797 | + | Email/Text: bkinfo@ccfi.com | Nov 16 2026 19:15:00 | CCF of Mississippi, PO Box 535, Dublin, OH 43017-0535 |
| 5279358 | + | EDI: CAPITALONE.COM | Nov 17 2026 00:06:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5292231 | + | EDI: AIS.COM | Nov 17 2026 00:12:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5302802 | + | Email/Text: bkinfo@ccfi.com | Nov 16 2026 19:15:00 | Check Into Cash, PO Box 550, Cleveland, TN 37364-0550 |
| 5279360 | + | Email/Text: bkinfo@ccfi.com | Nov 16 2026 19:15:00 | Check Into Cash, 35 Byrd Pkwy, Ste 1101, Petal, MS 39465-9287 |
| 5279362 | | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5287795 | + | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279363 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2026 19:20:24 | Credit One Bank, Attn: Bankruptcy, 6801 |

| | | | |
|---|---|---|---|
| | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5287793 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279364 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Dr. Leonards, PO Box 2845, Monroe, WI 53566-8045 |
| 5298252 | + Email/Text: bankruptcy@curo.com | Nov 16 2026 19:15:00 | FIRST HERITAGE OF MISSISSIPPI -, Hattiesburg c/o Heights Finance, Corporation, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 5279365 | + Email/Text: bankruptcy@curo.com | Nov 16 2026 19:15:00 | First Heritage Credit, 3317 Hardy St, Ste 30, Hattiesburg, MS 39401-6934 |
| 5279366 | + EDI: AMINFOFP.COM | Nov 17 2026 00:12:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5304568 | + Email/Text: bankruptcycourt@towerloan.com | Nov 16 2026 19:15:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5547292 | + Email/Text: peritus@ebn.phinsolutions.com | Nov 16 2026 19:15:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5287798 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279367 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Ginny's, P.O. Box 2825, Monroe, WI 53566-8025 |
| 5300718 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2026 19:20:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5279369 | + Email/Text: bankruptcy@marinerfinance.com | Nov 16 2026 19:15:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5299480 | + Email/Text: bankruptcy@marinerfinance.com | Nov 16 2026 19:15:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5279370 | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Massey's, PO Box 2822, Monroe, WI 53566-8022 |
| 5287800 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279371 | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5287794 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279372 | + EDI: AGFINANCE.COM | Nov 17 2026 00:06:00 | OneMain Financial Group, LLC, OneMain, Po Box 3251, Evansville, IN 47731-3251 |
| 5305331 | + EDI: JEFFERSONCAP.COM | Nov 17 2026 00:12:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5279373 | Email/Text: bankruptcy@republicfinance.com | Nov 16 2026 19:15:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Cir, Baton Rouge, LA 70809 |
| 5281123 | Email/Text: bankruptcy@republicfinance.com | Nov 16 2026 19:15:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, La 70454 |
| 5279374 | EDI: CBS7AVE | Nov 17 2026 00:12:00 | Seventh Avenue, 112 7th Ave, Monroe, WI 53566-1364 |
| 5287796 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5279375 | + Email/Text: bkinfo@ccfi.com | Nov 16 2026 19:15:00 | Speedy Cash, 9240 Hwy 49, Gulfport, MS 39503-4318 |
| 5302786 | + Email/Text: bkinfo@ccfi.com | Nov 16 2026 19:15:00 | Speedy/Rapid Cash, P.O. Box 782260, Wichita, KS 67278-2260 |
| 5287801 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. |

| | | | |
|---|---|---|---|
| | | | Box 800849, Dallas, TX 75380-0849 |
| 5279376 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5279377 | + EDI: SYNC | Nov 17 2026 00:06:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5279378 | Email/Text: bankruptcycourt@towerloan.com | Nov 16 2026 19:15:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5287799 | + EDI: CBS7AVE | Nov 17 2026 00:12:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5304567 | + Email/Text: bankruptcycourt@towerloan.com | Nov 16 2026 19:15:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CHECK INTO CASH, PO BOX 550, CLEVELAND, TN 37364-0550 |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5287804 | *+ | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Peggy Dianne Hogan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Peggy Dianne Hogan**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–6182** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **23–51290–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Peggy Dianne Hogan**

Dated: 11/16/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**